# MICHIGAN

# NISI PRIUS CASES.

## PART I.

*Superior Court of Detroit.*

### WILLIAM T. HURD

#### vs.

### HORATIO R. STONE,
*Principal Defendant,*

#### AND THE

### AMERICAN NATIONAL BANK OF DETROIT,
*Garnishee Defendant.*

*Garnishment.*

When Writ may issue in Suits commenced by Narr.

Motion to quash writ of garnishment.

Declaration filed and Rule entered Dec. 7, 1881. Affidavit in garnishment filed and writ issued Dec. 8, 1881.

Declaration served on principal defendant Dec. 9th, at 7.15 o'clock a. m.

Writ of garnishment served Dec. 9th, at 8.45 o'clock a. m.

Motion to quash writ for the reason that the writ of garnishment was issued before the commencement of the principal action, and for other reasons not taken into consideration in giving the opinion. Session laws 1881, p. 1.

Decided January 22, 1882.

THE COURT, CHIPMAN, J., denied the motion, and held that filing the affidavit and issuing the writ of garnishment at the time of filing the declaration and entering the rule to plead, was a compliance with the statute. The Court based its opinion upon the universal practice in the profession, rather than upon the strict construction of the statute, but did not intimate that a strict construction of the statute would have caused it to hold the other way.

*Wm. H. Wells* for the motion.
*Lillibridge & Latham* against.